IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF LOUISIANA, | * * * | |
| Plaintiff, | * * | |
| vs. | * * | No.5:04CV00302 SWW |
| RADWAN DIAB d/b/a DOLLAR MANIA and SHERRON LANGEL, | * * * | |
| Defendants. | * | |

## ORDER

Before the Court is plaintiff's motion to dismiss without prejudice. Plaintiff states separate defendant Radwan Diab d/b/a Dollar Mania has no objection. Separate defendant Sherron Langel, who is proceeding *pro se*, has filed no timely response to the motion.

Pursuant to Fed.R.Civ. P. 41(a)(2), the Court finds the motion should be and is hereby granted. Plaintiff's complaint is dismissed without prejudice.

SO ORDERED this 12th day of September 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE